RIVERSIDE CAPITAL ADVISORS, INC., Appellant, and WINCHESTER GLOBAL TRUST COMPANY LIMITED, Respondent, v FIRST SECURED CAPITAL CORP. et al., Appellants, et al., Defendants. THOMAS B. DONOVAN et al., Nonparty Appellants.

Submitted May 7, 2007; decided July 2, 2007

Reported below, 28 AD3d 452.

Motion for leave to appeal dismissed upon the ground that the "Second Amended Judgment," dated and entered February 8, 2007, sought to be appealed from does not finally determine the action within the meaning of the Constitution.